# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# LEWIS T. BABCOCK, CHIEF JUDGE

Civil Case No. O6-cv-00225-LTB-OES

LORILLARD TOBACCO COMPANY,
a Delaware Corporation,

       Plaintiff,

v.

ISAAC G. ENGIDA d/b/a
I AND G LIQUORS

       Defendants.
_____

## Order
_____

       The Temporary Restraining Order granted on February 10, 2006 is hereby DISSOLVED.

       The seal placed on this case February 10, 2006 is LIFTED.

       Plaintiff Lorillard Tobacco Company is hereby ordered to show cause why this case should not be dismissed as frivolous, no later than March 6, 2006.

**DONE and ORDERED,** this     24th      day of February, 2006 at Denver, Colorado.

                                                                             s/Lewis T. Babcock

                                                                             United States District Chief Judge