**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, CHIEF JUDGE**

Civil Case No. O6-cv-00225-LTB-OES

LORILLARD TOBACCO COMPANY, a Delaware Corporation,

    Plaintiff,

v.

ISAAC G. ENGIDA d/b/a I AND G LIQUORS

    Defendant.

_____

ORDER
_____

It appearing that Defendant is indigent and it appearing that this is an appropriate case for appointment of pro bono counsel,

IT IS ORDERED that Stephen C. Peters and John A. Chanin of the law firm Lindquist & Vennum PLLP, having consented to representation, Stephen C. Peters and John A. Chanin are appointed as pro bono counsel for Defendant Isaac G. Engida d/b/a I and G Liquors.

Defendant should contact pro bono counsel at 600 - 17th Street, Suite 1800 South, Denver, Colorado 80202-5441, 303-573-5900.

Further, the Clerk of the Court is directed to add Stephen C. Peters and John A. Chanin to the electronic case notification system regarding this matter.

                                          BY THE COURT:

                                           s/Lewis T. Babcock
                                           Lewis T. Babcock, Chief Judge
                                           United States District Court

DATED: March 10, 2006