**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**LEWIS T. BABCOCK, CHIEF JUDGE**

Civil Case No. 06-cv-00225-LTB-OES

LORILLARD TOBACCO COMPANY,
a Delaware Corporation,

      Plaintiff,

v.

ISAAC G. ENGIDA d/b/a I and G LIQUORS

      Defendant.

_____

**Order**
_____

For the reasons stated in Court today, it is so ORDERED that:

1) Defendant's Motion for Order Staying Discovery in this case (Docket # 37) is GRANTED. Discovery is stayed pending resolution of plaintiff Lorillard's appeal to the Tenth Circuit (Docket # 21).

2) This Court's Order of February 24, 2006 (Docket #14) is clarified to explain that it was intended to vacate the entirety of the February 10, 2006 Order (Docket #7). By this Order, the Order of February 10, 2006 in its entirety is VACATED.

3) This Court's Order Granting an extension of time for Discovery and to Answer Complaint (Docket # 19) is VACATED.

4) Plaintiff's Motion for Entry of Default (Docket #39) is DENIED.

**DONE and ORDERED,** this \_\_\_13th\_\_\_ day of July, 2006 at Denver, Colorado.

                                                                         s/Lewis T. Babcock
                                                    United States District Chief Judge