# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
## LEWIS T. BABCOCK, CHIEF JUDGE

Civil Case No. 06-cv-00225-LTB-OES

LORILLARD TOBACCO COMPANY,
a Delaware Corporation,

      Plaintiff,

v.

ISAAC G. ENGIDA d/b/a I and G LIQUORS

      Defendant.

_____

## Order
_____

      This Court's Order for Plaintiff Lorillard Tobacco Company ("Lorillard") to Show Cause Why this Case should not be Dismissed as Frivolous (contained in Docket #14) is VACATED. This case is proceeding, albeit pending Lorillard's appeal to the Tenth Circuit.

**DONE and ORDERED,** this ___13th___ day of July, 2006 at Denver, Colorado.


                        ___s/Lewis T. Babcock_____
                        United States District Chief Judge