**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, CHIEF JUDGE**

Civil Case No.  06-cv-00225-LTB-MEH

LORILLARD TOBACCO COMPANY, a Delaware corporation,

      Plaintiff,

v.

ISAAC G. ENGIDA d/b/a I and G LIQUORS,

      Defendant.

_____

**MINUTE ORDER**
_____

BY ORDER OF CHIEF JUDGE LEWIS T. BABCOCK

      Plaintiff's Amended Unopposed Motion for Order Continuing Stay of Proceedings (Doc 60 - filed April 17, 2007) is **GRANTED**.  The July 13, 2006 Order staying this action remains in effect.  The status hearing set **May 4, 2007 is VACATED** to be reset at a later date.

Dated:  April 18, 2007
_____