**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No. 06-cv-00225-LTB-MEH

LORILLARD TOBACCO COMPANY, a Delaware Corporation,

      Plaintiff,

v.

ISAAC G. ENGIDA d/b/a I and G LIQUORS,

      Defendant.

_____

**MINUTE ORDER**
_____

BY ORDER OF JUDGE LEWIS T. BABCOCK

      The Motion to Withdraw as Co-Counsel for Defendant (Doc 92 - filed July 23, 2008) is **GRANTED**. John A. Chanin is allowed to withdraw as co-counsel for Defendant herein. Defendant will continue to be represented by Stephen C. Peters.


Dated: July 23, 2008
_____