# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# LEWIS T. BABCOCK, JUDGE

Civil Action No. 06-cv-00225-LTB

LORILLARD TOBACCO COMPANY, a Delaware Corporation,

      Plaintiff,

v.

ISAAC G. ENGIDA d/b/a I AND G LIQUORS,

      Defendant.

_____

# **ORDER**
_____

      This trademark infringement case is before me on the Parties' Joint Stipulations Concerning Attorney Fees and Costs [**Docket # 96**], submitted at this Court's invitation in my prior Order of July 31, 2008 [**Docket # 95**]. As noted in the July 31, 2008, Order, Plaintiff's stipulation as to the amount of attorney fees and costs to which Defendant is entitled—pursuant to my January 11, 2008, Order granting Defendant his attorney fees and costs [**Docket # 73**]—shall not serve as any indication that Plaintiff is waiving or has waived its right to appeal the award of costs and fees in the first instance.

      Accordingly, having reviewed the Parties' Joint Stipulations Concerning Attorney Fees and Costs [**Docket # 96**],

IT IS HEREBY ORDERED that Defendant is awarded $125,000 in attorney fees and $1,000 in costs in full satisfaction of the award of attorney fees and costs granted in my January 11, 2008, Order [**Docket # 73**] in this matter.

Dated: August   20  , 2008.

BY THE COURT:

   s/Lewis T. Babcock
Lewis T. Babcock, Judge