**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 06-cv-00225-LTB

LORILLARD TOBACCO COMPANY, a Delaware corporation,

        Plaintiff,

vs.

ISAAC G. ENGIDA d/b/a I AND G LIQUORS,

        Defendant.

---

**ORDER GRANTING UNOPPOSED MOTION FOR STAY OF
JUDGMENT PENDING APPEAL AND APPROVING SUPERSEDEAS BOND**

---

      THIS MATTER comes before the Court on Plaintiff-Appellant Lorillard Tobacco Co.'s Unopposed Motion for Stay of Judgment Pending Appeal and for Approval of Supersedeas Bond ("Motion"). Having reviewed the Motion, the Supersedeas Bond, and the file, the Court finds that cause exists to grant the relief requested. Accordingly, it is therefore

      ORDERED that the Motion is GRANTED; and it is

      FURTHER ORDERED that, pursuant to Fed. R. Civ. P. 62(d), the Court's September 16, 2008 Judgment and all proceeding Orders are hereby STAYED pending the final disposition of Lorillard's appeal; and it is

      FURTHER ORDERED that Supersedeas Bond is APPROVED.

DATED:    October 2, 2008

                                      BY THE COURT:

                                      s/Lewis T. Babcock
                                      Hon. Lewis T. Babcock
                                      United States District Judge