**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 06-cv-00225-LTB

LORILLARD TOBACCO COMPANY, a Delaware corporation,

        Plaintiff,

vs.

ISAAC G. ENGIDA d/b/a I AND G LIQUORS,

        Defendant.

_____

**ORDER**
_____

On remand from the Tenth Circuit Court of Appeals, mandate having issued on August 2, 2010,

IT IS ORDERED that the Court's award of attorney fees to Mr. Engida under the Lanham Act and Colorado law is set aside.

        BY THE COURT:

          s/Lewis T. Babcock
        Lewis T. Babcock
        United States District Judge

DATED: August 5, 2010